# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-

NOV 04 2020

At _____ M
ROBERT N. ___VICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

__Gyle Del Rio__,
[You are the PLAINTIFF, print your full name on this line.]

v.

__Dr. Tchaptchet__,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __2:20 CV 397__
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Dr. Tchaptchet | 809 State St. LaPorte IN 46350 |
| 2 | [Put the names of any other defendants in these boxes.] Quality Correctional Care, LaPorte County Sheriff's Dept | " " , " " |
| 3 | County of LaPorte, Indiana | " " |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __4__

2. What is the name and address of your prison or jail? __809 State St. LaPorte, IN 46350__

3. Did the event you are suing about happen there? ☒ Yes.  ☐ No, it happened at: _____

4. On what date did this event occur? __10/15/19 thru 6/2/20__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)

page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I myself Gyle Del Rio was subject to medical negligence while incarcerated at Laporte County Jail in Laporte Indiana. By overseeing physician Dr. Tchaptchet by misdiagnosing a severly fractured and dislocated of I Gyle Rt. hand. In mid October of 2019 an X-Ray of I Gyle Rt hand was ordered/taken due to severe swelling noticed by medical staff and correctional officers. Upon review of that X-Ray it was determined by a Dr. Tchaptchet that there was no injury. A couple weeks later Dr. Tchaptchet evaluated I Gyle Rt. hand physically and still overlooked the injury. After the initial diagnosis I Gyle complained consistently of severe pain to my Rt. hand verbally to medical and correctional staff and as well by medical request via electronic kiosk. I Gyle also made medical and correctional staff visually aware of my injured Rt. hand by showing them my severly deformed Rt. hand, where bones are easily seen displaced, protruding under the skin on the top of my Rt. hand oppisite to my palm. All attempts of needed medical attention to Quality Correctional Care medical staff and to correctional officers were disregaurded for a period of (7) months. Finally, after (7) months of complaining of pain to all staff verbally and by kiosk and visually making them overly aware. Was I Gyle taken to see an outside Dr. a specialist in bones and joints. On

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

MAY 6TH OF 2020 I GYLE MET WITH A DR. AT LAKE SHORE BONE & JOINTS. THERE HE EVALUATED AND TOOK A NEW X-RAY. UPON REVIEW OF THE OLD AND NEW X-RAY, THIS DR. STATED THAT THE INJURY WAS SO SEVERE AND THE (7) MONTH LASPE IN TREATMENT HAS LEFT HIM ONLY TO REFER I GYLE TO A HAND SURGEON EXCLUSIVE IN THE ANATOMY OF BONES AND JOINTS OF THE HAND. THIS SECOND DR. I GYLE VISITED WAS A SURGEON BY THE NAME OF DR. BERRY AT LAKE MICHIGAN HAND CENTER. ON JUNE 2ND 2020. DR. BERRY TOOK MORE X-RAYS THEN REVIEWED ALL X-RAYS OLD AND NEW PLUS REEVALUATED MY RT. HAND AND DIAGNOSISED MY RT. HAND WITH A FRACTURE AND A DISLOCATION ALSO THAT I HAVE TORN LIGAMENTS IN MY RT. THUMB. FURTHERMORE, THIS TYPE OF INJURY IS VERY PAINFUL & DUE TO THE MIS DIAGNOSIS THE RT. HAND OF MYSELF GYLE IS HEALED COMPLETELY AND WRONG. IT IS NO LONGER ANATOMICALLY CORRECT. THE METACARPEL BONES BEING DISLOCATED SEVERELY WHICH IS THE CAUSE OF THE DEFORMITY OF I GYLE'S RT. HAND. IN ADDITION ARTHRITIS HAS SET IN THE HAND AND WRIST. IN CONCLUSION OF THE VISIT WITH DR. BERRY HE STATED THERE ARE (2) OPTIONS FOR TREATMENT MAJOR RECONSTRUCTIVE SURGERY BY FUSING MY HAND WITH PLATES AND SCREWS OR DOING NOTHING AND MANAGE THE PAIN FOR THE REST OF MY LIFE. I GYLE OPTED FOR THE SURGERY. HOWEVER, UPON DISCUSSIONS WITH DR. BERRY IT WAS DETERMINED THAT WAITING TO HAVE SURGERY PERFORMED DUE TO THE RISK OF INFECTION, OPTIMAL POST CARE, AND PHYSICAL THERAPY COULD BE BETTER OBTAINED WHILE NOT IN A COUNTY JAIL. THE DELAY IS VERY LOW RISK FOR FURTHERING THE INJURY SINCE IT HAS HEALED COMPLETELY ALREADY. THE RISK VERSUS REWARD IS WORTH THE WAIT WITH THIS BEING MY DOMINANT HAND. ALSO NOTED BY BOTH OUTSIDE DRS. THAT THIS INJURY IS BLATANTLY NOTICEABLE WITHOUT AN X-RAY

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

AND EVEN MORE NOTICEABLE WITH AN X-RAY BOTH WERE UNPLESANTLY SURPRISED OF HOW SEVERE THE MEDICAL NEGLIGANCE OF DR. TCHAPTCHET IN FACT WAS. PLUS THE NEED OF MEDICAL ATTENTION BY MEDICAL AND CORRECTIONAL STAFF WAS SO CARELESSLY DISREGARDED. ALL DEFENDENTS NAMED IN THIS SUIT HAVE A DUTY OF CARE TOWARDS I GYLE DELRIO AND FAILED TO MEET THAT DUTY FURTHERING I GYLE DELRIO INJURED RT. HAND BY NOT USEING BASIC COMMON SENSE THAT THERE IN FACT AN INJURY TO I GYLE DELRIO RT. HAND PLUS THE (7) MONTH DELAY IN CARE HIEGHTENS THIS ACQUSITION, PLUS THE (2) OTHER DRS PROVEING A INJURY.

2) DR. TCHAPTCHET, QUALITY CORRECTIONAL CARE, AND LAPORTE COUNTY SHERIFF'S DEPT. ALL PARTICIAPATED IN A MULTITUDE OF DILIBERATE INDIFFERENCES COUPLED WITH THE MEDICAL NEGLIGENCE MAKES THIS A VIOLATION OF I GYLE DELRIO CONSTITUTIONAL RIGHTS BY BUT NOT LIMITED TO:

a) IGNORING OBVIOUS CONDITIONS BY DISREGARDING REPEATED COMPLAINTS OF SEVERE PAIN AND A VISUAL DEFORMITY OF MY RT. HAND FOR (7) MONTHS.

b) FAILED TO INVESTIGATE ENOUGH TO MAKE AN INFORMED JUDGEMENT BY NOT RE-EVALUATING MY RT. HAND AFTER REPEATED COMPLAINTS TO ALL STAFF MEDICAL AND CORRECTIONAL AND BY WAY OF ELECTRONIC KIOSK AFTER INITIAL DIAGNOSIS.

c) DELAYING PROPER TREATMENT BY NOT RECEIVING ANY COURSE OF TREATMENT. AND

..DELAYING SENDING I GYLE DELRIO TO A SPECIALIST WHICH PlAYED PART IN CAUSING/ ..FURTHERING THE INJURYS SEVERITY

d.) MAKING A MEDICAL JUDGEMENT SO BAD IT FALLS BELOW MEDICAL STANDARDS BY (2) OTHER DRS OUTSIDE THE JAIL OBJECTIVELY STATEING THAT.

DR. TCHAPTCHET, LAPORTE COUNTY SHERIFF'S DEPT. QUALITY CORRECTIONAL CARE, AND COUNTY OF LAPORTE, INDIANA. ALL PARTICIAPATED AS WELL BY REFUSING I GYLE DELRIO MEDICAL CARE, OR HIRED UNDER QUALIFIED PEOPLE, OR FAILED TO PROPERLY TRAIN STAFF CAUSING/FURTHERING THIS INJURY.

3) PHYSICALLY DUE TO THIS INJURY I GYLE RT. HAND SEVERELY HURTS DAILY, STIFFNESS, SHARP PAINS RADIATE DOWN MY FINGERS OFF & ON. LOSS OF SLEEP DUE TO PAIN, AND LOSS OF RANGE OF MOTION, THE FINE MOTOR SKILLS OF MY RT. HAND ARE IMPAIRED DAILY FOR EXAMPLE BRUSHING MY TEETH, WRITING, HOLDING A SPOON WHILE EATING, AND GRASPING THINGS WITH MY FINGERS IS OFTEN DIFFICULT AT TIMES. EMOTIONAL STRESS AS WELL HAS BEEN A RESULT DUE TO THE FACT OF HAVING A GROSSLY DISFIGURED RT. HAND. AND ANXIETY DUE TO PAIN AND LOSS OF SLEEP. PLUS LACK OF CONFIDENCE IN ALL STAFF LEAVING ME IN FEAR OF STAFF HANDLEING ANY AND ALL DUTIES.

4.) ALL OF THESE THINGS MENTIONED ABOVE HAVE TAKEN PLACE WHILE INCARCERATED IN THE LAPORTE COUNTY JAIL FROM 10/14/12 THEN 6/2/20

5.) ALL PERSONS INVOLVED HAVE BEEN NAMED AS DEFENDENTS

5. When did this event happen?
- ○ Before I was confined.
- ✓ While I was confined awaiting trial.
- ○ After I was convicted while confined serving the sentence.
- ○ Other: _____

6. Have you ever sued anyone for this exact same event?
- ✓ No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
- ○ No, this event is not grievable at this prison or jail.
- ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
- ✓ Yes, this event was grievable, but I did not file a grievance because _I DID NOT REALIZE THERE WAS ANYTHING TO WRITE A GRIEVANCE ABOUT UNTIL THE OUTSIDE DRS. CONFIRMED THAT AN INJURY HAD OCCURRED. FAITH IN THE JAIL'S DR. DIAGNOSIS/TREATMENT LED ME TO NOT BELIEVE THIS WAS GREIVABLE. FILED NUMEROUS MEDICAL REQUESTS MAKING STAFF AWARE_

8. If you win this case, what do you want the court to order the defendant(s) to do?
[NOTE: A case filed on this form will not overturn your conviction or change your release date.]

_MONETARY COMPENSATION OF $10,000,000.00 AND TO NEVER LET THIS TYPE OF SITUATION HAPPEN AGAIN AT LAPORTE COUNTY JAIL._

[*Initial Each Statement*]
- _BP_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- _BP_ I will keep a copy of this complaint for my records.
- _BP_ I will promptly notify the court of any change of address.
- _BP_ I WILL NOT send more than one copy of any filing to the court.
- _BP_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- _BP_ I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on _10_ / _22_ / 20 _20_ at _6_ am/**pm**.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____            _20133907_
Signature                                         Prisoner Number

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]