UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GYLE DEL RIO,<br><br>Plaintiff,<br><br>v.<br><br>DR. TCHAPTCHET, et al.,<br><br>Defendants. | CAUSE NO. 2:20-CV-397-JTM-JEM |

## ORDER

Gyle Del Rio, a prisoner without a lawyer, filed this case in the Hammond Division raising claims based on events that took place in LaPorte County, which is located within the geographical boundaries of the South Bend Division. Pursuant to N.D. Ind. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may…transfer the case by issuing an order directing the clerk to reopen the case in a proper division."

For these reasons, the clerk is DIRECTED to close this case and open a new case with these filings in the South Bend Division.

SO ORDERED this November 5, 2020.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge